**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PHIL GANEZER and LYNETTE SOHL, on their own behalf and on behalf of all others similarly situated; et al.,

*Plaintiffs-Appellees,*

v.

DIRECTBUY, INC., an Indiana Corporation,

*Defendant-Appellant.*

No. 09-55818

D.C. No.
2:08-cv-08666-
GAF-RC
Central District of
California,
Los Angeles

ORDER

Filed June 25, 2009

Before: Kim McLane Wardlaw, Johnnie B. Rawlinson, and N. Randy Smith, Circuit Judges.

---

## ORDER

The judgment of the district court is vacated. This matter is remanded to the district court with instructions to stay proceedings pending a decision by the United States Supreme Court in *Hertz Corp. v. Friend*, No. 08-16963, 2008 WL 4750198 (9th Cir. Oct. 30, 2008), *cert. granted*, 2009 WL 559348 (U.S. June 8, 2009) (No. 08-1107). The appeal is removed from the July 10, 2009, Pasadena calendar.

IT IS SO ORDERED.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.